No. 95–6865. MEADOWS v. JACKSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–6875. HUDGINS v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 95–6878. ALLEN v. CITY OF MEMPHIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–6880. MANN v. SOUTH CAROLINA. Ct. Common Pleas of Greenville County, S. C. Certiorari denied.

No. 95–6881. JOHNSON v. TRENT, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–6884. ALEXANDER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–6885. ECHOLS v. THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 95–6886. McMOORE v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 95–6900. BARNES v. AAA STANDARD SERVICE, INC. C. A. 6th Cir. Certiorari denied.

No. 95–6906. DUNLAP v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–6928. CREMEANS v. CHAPLEAU, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–6931. MACK v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–6932. BORCH v. HLUCHANIUK, ASSISTANT UNITED STATES ATTORNEY, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–6955. FINNEY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.